COPCO STEEL & ENGINEERING CO.,
Appellant,

v.

NEUNKIRCHER EISENWERK,
Appellee.

No. 13892.

United States Court of Appeals
Sixth Circuit.

May 14, 1959.

Before MARTIN, Chief Judge, and
ALLEN and MILLER, Circuit Judges.

PER CURIAM.

Appellant's motion of April 23, 1959, for an extension of time in which to docket the record on appeal is denied.

It appearing that appellant was granted by order of the District Court a fifty-day extension of time in which to docket the record on appeal, which time has expired without the record having been so docketed; that the cost bond required by Rule 73(c) of the Federal Rules of Civil Procedure, 28 U.S.C.A. has not been executed; and that the appellant has not ordered from the Official Court Reporter a stenographic transcript of the testimony; It Is Ordered that appellee's motion to docket and dismiss the appeal be sustained and said appeal is now docketed and dismissed.

Arthur Rubin, Detroit, Mich., for appellant.

Ronald M. Rothstein of Karbel, Eiges & Rothstein, Detroit, Mich., for appellee.